# Order

Michigan Supreme Court
Lansing, Michigan

July 9, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137998 & (41)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                     SC: 137998
                                     COA: 280563
MICHAEL BART MILESKI,                  Calhoun CC: 2002-003738-FC
     Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is DENIED. The application for leave to appeal the November 6, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

_____
Clerk

d0701